UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRYAN COLE (#475537)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 17-0338-JWD-EWD

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 25, 2018, to which an objection was filed:

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 7) is granted, dismissing Plaintiff's claims asserted herein, with prejudice. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 8, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA